UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KONEPACHIT,<br><br>　　　　Petitioner,<br><br>　v.<br><br>RAYMOND MADDEN,<br><br>　　　　Respondent. | No. 2:19-cv-2058-WBS-EFB P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 22, 2019, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 22, 2019, are adopted in full;

2. This action is dismissed without prejudice for lack of jurisdiction;

3. The Clerk is directed to close the case; and

4. The court declines to issue a certificate of appealability.

Dated: November 25, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE